UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No:  6:20-cv-1879-Orl-37EJK

**RAYMOND T. MAHLBERG,**

    Plaintiff,

v.

**HAAGEN DAZS SHOPPE COMPANY INC.,**

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

    Plaintiff, **RAYMOND T. MAHLBERG**, by and through undersigned counsel hereby files this Notice of Settlement to notify this Court that Plaintiff and Defendant have settled this matter. The Stipulation for Dismissal will be filed within 15 days.

    Respectfully submitted,

    Dated this 7th day of December 2020.

                                    *s/Acacia Barros*
                                    Attorney for Plaintiff
                                    ACACIA BARROS, P.A.
                                    Acacia Barros, Esq.
                                    FBN: 106277
                                    11120 N. Kendall Dr., Suite 201
                                    Miami, Florida 33176
                                    Tel: 305-639-8381
                                    ab@barroslawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of December that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel Geoffrey Castello, Esq. at gcastello@kelleydrye.com

                                            *s/Acacia Barros*
                                            Attorney for Plaintiff
                                            ACACIA BARROS, P.A.